In the Matter of the Accounting of KINGSTON TRUST COMPANY, as Surviving Trustee under the Will of ANNA F. CLEARWATER, Deceased, Respondent. NELL B. KLEIN, Appellant; THELMA B. CLEARWATER, as Executrix of ANNA F. CLEARWATER, Deceased, Respondent.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur. [23 Misc 2d 232.]